# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEWART,<br><br>          Plaintiff,<br><br>     v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>          Defendant. | Case No. 1:12-cv-00221-AWI-SAB<br><br>ORDER VACATING MARCH 12, 2013 SETTLEMENT CONFERENCE |

   This action is currently set for a settlement on conference on March 12, 2013, and the parties have submitted confidential settlement statements to the Court. The Court has reviewed the parties' confidential settlement conference statements and, in this instance, the parties have not engaged in settlement negotiations. Due to pressing court business, the Court concludes that a settlement conference would be futile and the settlement conference shall be vacated.

   Settlement conferences are often unproductive unless the parties have exchanged demands and offers before the conference and made a some effort to settle the case on their own. The parties are required to negotiate and make a good faith effort to settle the case without the involvement of the Court. Prior to setting a scheduling conference this Court shall require the parties to make specific proposals and counterproposals in an attempt to settle the case.

   Prior to any settlement conference date, Plaintiff shall make a written proposal to

Defendants not later than 21 days before the settlement conference. Defendant shall respond and make a counter proposal not later than 10 days before the settlement conference. The parties' confidential settlement conference statements shall outline the settlement negotiations to date. The Court may vacate the settlement conference for failure to engage in a serious effort to settle the case.

If the parties' counsel believe a settlement conference may be fruitful after they have engaged in good faith efforts to settle this action, they may contact chambers at (559) 499-5672 to schedule a settlement conference. Accordingly, this Court VACATES the March 12, 2013 settlement conference and will not reset the settlement conference without the joint request of the parties' counsel.

IT IS SO ORDERED.

Dated: __**March 8, 2013**__                           _____
                                                                            UNITED STATES MAGISTRATE JUDGE