1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8
9
10

JOHN STEWART,

Case No. 1:12-cv-00221-AWI-SAB

Plaintiff,

11
12

v.

**ORDER TO CONTINUE VARIOUS DEADLINES**

13

NOVARTIS PHARMACEUTICALS CORPORATION,

14

Defendant.

15
16
17

    For good cause shown by the parties' Stipulation, **IT IS HEREBY ORDERED THAT**

18

that the deadline for plaintiff's expert disclosures be continued from April 5, 2013 to June 5,

19

2013, that the deadline for defendant's expert disclosures be continued from May 6, 2013 to July

20

8, 2013, that the expert discovery cutoff be continued from August 1, 2013 to September 2, 2013,

21

that the deadline for filing non-dispositive motions be continued from August 28, 2013 to

22

September 16, 2013, and that the dispositive motion deadline be continued from October 7, 2013

23

to November 11, 2013.

24
25

IT IS SO ORDERED.

26
27

   Dated:   **April 9, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28