# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEWART,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:12-cv-00221-AWI-SAB<br><br>**ORDER TO CONTINUE CERTAIN DEADLINES** |

For good cause shown by the Parties' Joint Stipulation, **IT IS HEREBY ORDERED THAT** the deadline for plaintiff's expert disclosures be continued from June 5, 2013 to July 3, 2013; the deadline for defendant's expert disclosures be continued from July 8, 2013 to August 6, 2013; the deadline for both Parties' disclosures of rebuttal experts be continued from June 3, 2013 to August 29, 2013; the deadline for completion of all expert discovery be continued from September 2, 2013 to September 10, 2013; all non-dispositive motions shall be heard no later than October 15, 2013; the deadline for filing dispositive motions shall be continued by one day from November 11, 2013 (Veterans Day) to November 12, 2013; and all dispositive motions shall be heard no later than December 20, 2013.

IT IS SO ORDERED.

Dated:　**June 13, 2013**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28