# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEWART,<br><br>            Plaintiff,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>            Defendant. | Case No. 1:12-cv-00221-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS BY FEBRUARY 7, 2014<br><br>(ECF No. 58) |

   Plaintiff John Stewart filed this action on April 14, 2011.  (ECF No. 1.)  During a status conference on December 2, 2012, Plaintiff informed the Court that this action was going to be dismissed and the parties were given a December 27, 2013 deadline to file dispositive documents.  (ECF No. 58.)  As of this date, no dispositive documents have been received.  Accordingly,

   IT IS HEREBY ORDERED that Plaintiff shall file dispositive documents by February 7, 2014.  Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **January 7, 2014**

UNITED STATES MAGISTRATE JUDGE

1