# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEWART,<br><br>              Plaintiff,<br><br>       v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>              Defendant. | Case No. 1:12-cv-00221-AWI-SAB<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>FOURTEEN DAY DEADLINE |

   Plaintiff John Stewart filed this action on April 14, 2011, in the Central District of California. (ECF No. 1.) On December 15, 2011, the United States Judicial Panel on Multidistrict Litigation denied the request for transfer of this action. (ECF No. 20.) On February 13, 2012, at the stipulation of the parties, this action was transferred to the Eastern District of California. (ECF No. 22.)

   During a telephonic conference on December 2, 2013, Plaintiff indicated that he would be dismissing this action. Plaintiff was ordered to file dispositional documents by December 27, 2013, and all future dates in this matter were vacated. (ECF No. 58.) Plaintiff did not file dispositional documents as ordered; and on January 7, 2014, a second order issued requiring Plaintiff to file dispositional documents by February 7, 2014. (ECF No. 59.) Plaintiff has again failed to file dispositional documents or otherwise respond to the Court's order.

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **fourteen (14) days** of the date of entry of this order why dispositive documents have not yet been filed.  **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **February 18, 2014**

UNITED STATES MAGISTRATE JUDGE