# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEWART,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　Defendant. | Case No. 1:12-cv-00221-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 60) |

On February 18, 2014, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to file dispositional documents after notification that this case has settled. (ECF No. 60.) On February 25, 2014, the parties filed a stipulation of dismissal with prejudice. (ECF No. 61.)

Accordingly, the order to show cause issued February 18, 2014, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **March 4, 2014**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1