John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiff John Stewart*

Katharine R. Latimore (admitted *pro hac vice*)
(klatimore@hollingsworthllp.com)
Rebecca A. Womeldorf (admitted *pro hac vice*)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, D.C. 20005
Telephone: (202) 898-4400
Facsimile: (202) 682-1639

James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant
Novartis Pharmaceuticals Corporation*

FILED
MAR 05 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEWART,<br><br>    Plaintiff,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | Case No. 1:12-CV-00221-AWI-SKO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: April 14, 2011 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendant, by and through their respective counsel of record, stipulate

1

that this lawsuit hereby is voluntarily dismissed with prejudice as to all claims, with each party to bear his/its own costs associated with this lawsuit.

Date: February 25, 2014                    Respectfully submitted,

/s/ John A. Girardi                        /s/ Katharine Latimer
John A. Girardi (State Bar No. 54917)      Katharine R. Latimore (admitted *pro hac vice*)
(jgirardi@girardikeese.com)                (klatimore@hollingsworthllp.com)
GIRARDI KEESE                              Rebecca A. Womeldorf (admitted *pro hac vice*)
1126 Wilshire Blvd.,                       HOLLINGSWORTH LLP
Los Angeles, CA 90017-1904                 1350 I Street, NW
Telephone: (213) 977-0211                  Washington, D.C. 20005
Facsimile: (213) 481-1554                  Telephone: (202) 898-4400
                                           Facsimile: (202) 682-1639

*Attorneys for Plaintiff*
*John Stewart*                             James A. Bruen (State Bar No. 43880)
                                           (jbruen@fbm.com)
                                           Sandra A. Edwards (State Bar No. 154578)
                                           (sedwards@fbm.com)
                                           FARELLA BRAUN & MARTEL LLP
                                           235 Montgomery Street, 17th Floor
                                           San Francisco, CA 94104
                                           Telephone: (415) 954-4400
                                           Facsimile: (415) 954-4480

                                           *Attorneys for Defendant*
                                           *Novartis Pharmaceuticals Corporation*

It is so Ordered. Dated: 3-4-14

_____
United States District Judge

2
STIPULATION OF DISMISSAL WITH PREJUDICE